**E-FILED**
Friday, 21 October, 2005 05:05:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BMG MUSIC, a New York general partnership; MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, <br><br> Plaintiffs, <br><br> vs. <br><br> JAIME GALINDO, <br><br> Defendant. | Case No.: 05–4085 |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. §101, et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101, et seq.; 28 U.S.C. §1331

(federal question); and 28 U.S.C. §1338(a) (copyright).

3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4. Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

5. Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

6. Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7. Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

8. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

2

## INFRINGEMENT OF COPYRIGHTS

9.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

10.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings").  The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights.  In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

11.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

12.     Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others.  In doing so,

3

Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

13. Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

14. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

15. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

16. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

4

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.      For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.      For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

October 21, 2005

DATED: _____    BMG MUSIC; MAVERICK RECORDING
CO.; ARISTA RECORDS LLC; and SONY
BMG MUSIC ENTERTAINMENT

/s/ Steven P. Mandell
By: _____
One of their Attorneys

Steven P. Mandell
Steven L. Baron
Alexis E. Payne
MANDELL MENKES LLC
333 WEST WACKER DRIVE
SUITE 300
Chicago, Illinois 60606
Phone:  (312) 251-1000
Fax:     (312) 251-1010

# EXHIBIT A

# EXHIBIT A

## JAIME GALINDO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Arista Records LLC | Avril Lavigne | Anything but Ordinary | Let Go | 312-786 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Dream Lover | Music Box | 178-631 |
| BMG Music | LFO | Every Other Time | Life Is Good | 300-386 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Nasty Girl | Survivor | 289-199 |

# EXHIBIT B

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| angel58167@KaZaA | Christina Milian - am to pm_wav.mp3 | Christina Milian | 679KB | Audio |
| angel58167@KaZaA | Not A Day Goes By.mp3 | Lonestar | 7,773KB | Audio |
| angel58167@KaZaA | You Remind Me.mp3 | Mandy Moore | 3,348KB | Audio |
| angel58167@KaZaA | Marques Houston - Never Say.mp3 | Marques Houston | 1,839KB | Audio |
| angel58167@KaZaA | Ashley Ballad - Hottie.mp3 | Ashley Ballard | 3,663KB | Audio |
| angel58167@KaZaA | areacodes.mp3 | Ludacris ft Nate Dogg | 4,241KB | Audio |
| angel58167@KaZaA | Marques Houston- In My Life.mp3 | A | 950KB | Audio |
| angel58167@KaZaA | 17.mp3 | DMX | 3,730KB | Audio |
| angel58167@KaZaA | Sublime - Hope.mp3 | Sublime | 1,609KB | Audio |
| angel58167@KaZaA | Fallin'.mp3 | Alicia Keys | 3,065KB | Audio |
| angel58167@KaZaA | One12 - Funny Feelings.mp3 | 112 | 2,712KB | Audio |
| angel58167@KaZaA | Jaheim Ft.mp3 | Jaheim | 2,307KB | Audio |
| angel58167@KaZaA | Love_Basketball - Our Destiny.mp3 | Hilda Hinks | 3,946KB | Audio |
| angel58167@KaZaA | 112 - This Is Your Day.mp3 | 112 | 6,282KB | Audio |
| angel58167@KaZaA | Red Hot Chili Peppers- Take Me To The Place I Love.mp3 | Red Hot Chili Peppers | 3,904KB | Audio |
| angel58167@KaZaA | lil bow wow - jay-z diss.mp3 | lil bow wow | 3,397KB | Audio |
| angel58167@KaZaA | Lincoln Park - Doesnt even matter (1).mp3 | Lincoln Park | 2,992KB | Audio |
| angel58167@KaZaA | KazaaUpdate15.exe | Sharman Networks Ltd | 2,741KB | Software |
| angel58167@KaZaA | Papa Roch - Broken Home.mp3 | Papa Roach | 3,033KB | Audio |
| angel58167@KaZaA | Linkin Park - My December.mp3 | Linkin Park | 4,019KB | Audio |
| angel58167@KaZaA | Billy_Gilman_-_What's_Forever_For.mp3 | The Band | 3,243KB | Audio |
| angel58167@KaZaA | OAR - Hey Girl.mp3 | OAR | 4,224KB | Audio |
| angel58167@KaZaA | R. Kelly - Looking For Love.mp3 | R. Kelly | 4,336KB | Audio |
| angel58167@KaZaA | Garth Brookes Make You Feel My Love.mp3 | Garth Brooks | 3,688KB | Audio |
| angel58167@KaZaA | The Strokes - Barely Legal.mp3 | The Strokes | 3,659KB | Audio |
| angel58167@KaZaA | mary j bldige_I'm going down.mp3 | Mary J. Bilge | 2,604KB | Audio |
| angel58167@KaZaA | Always On Time (ft Ashanti).mp3 | Jarule | 3,863KB | Audio |
| angel58167@KaZaA | The Strokes - Alone Together (Live).mp3 | The Band | 3,130KB | Audio |
| angel58167@KaZaA | B2k - Something To Say (1).mp3 | The Band | 3,906KB | Audio |
| angel58167@KaZaA | The Strokes - Last Nite.mp3 | The Strokes | | Audio |

Found 681 files

2,034,591 users online, sharing 386,656,480 files (7,065,728 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | B2K - Something To Say (1).mp3 | The Band | 3,906KB | Audio |
| angel58167@KaZaA | The Strokes - Last Nite.mp3 | The Strokes | 3,048KB | Audio |
| angel58167@KaZaA | R.Kelly - I Can't Sleep Baby (If-1).mp3 | R. Kelly | 5,205KB | Audio |
| angel58167@KaZaA | RKelly - Worlds Greatest.mp3 | The Band | 2,312KB | Audio |
| angel58167@KaZaA | THURSDAY.kpl | Thursday | 1KB | |
| angel58167@KaZaA | 12-Dru Hill - Angel.mp3 | Dru Hill | 1,800KB | Audio |
| angel58167@KaZaA | VI3- Nowhere.mp3 | VI3 | 5,422KB | Audio |
| angel58167@KaZaA | INCUBUS.kpl | Incubis | 0KB | |
| angel58167@KaZaA | Shaggy Feat. Sean Paul - Hey Sexy Lady (Imx).mp3 | A | 3,657KB | Audio |
| angel58167@KaZaA | The All-American Rejects - Swing Swing.mp3 | A | 3,589KB | Audio |
| angel58167@KaZaA | Incubus - new - Are You In.mp3 | Incubus | 4,164KB | Audio |
| angel58167@KaZaA | RB_ Slow Jams - R Kelly - When A Womens Fed Up.mp3 | A | 1,924KB | Audio |
| angel58167@KaZaA | Unchanged Melodies ( Righteous Brothers ).MP3 | Righteous Brothers | 2,959KB | Audio |
| angel58167@KaZaA | 10Lullaby.mp3 | Mariah Carey | 4,643KB | Audio |
| angel58167@KaZaA | Norah Jones-ColdColdHeart-WFUV-NY-092901.mp3 | Norah Jones | 3,462KB | Audio |
| angel58167@KaZaA | 08--TLC--3d.mp3 | TLC | 5,748KB | Audio |
| angel58167@KaZaA | TLC - 02 - Quickie - simplemp3s.mp3 | TLC | 6,080KB | Audio |
| angel58167@KaZaA | selena.asf | Unknown | 22KB | Video |
| angel58167@KaZaA | India Arie.kpl | India.Arie | 1KB | |
| angel58167@KaZaA | aaliyah-_what-if_.mp3 | aaliyah. | 4,136KB | Audio |
| angel58167@KaZaA | India Arie - Voyage To India - 02 - Little Things.mp3 | A+ | 4,069KB | Audio |
| angel58167@KaZaA | India Arie - Voyage To India - 11 - The One.mp3 | A+ | 3,900KB | Audio |
| angel58167@KaZaA | Norah Jones - The Nearness Of You.mp3 | Norah Jones | 2,934KB | Audio |
| angel58167@KaZaA | Aaliyah - I Refuse.mp3 | Aaliyah | 4,212KB | Audio |
| angel58167@KaZaA | JLo F.mp3 | The Band | 3,205KB | Audio |
| angel58167@KaZaA | Isyss - Beautiful U.mp3 | Isyss | 5,403KB | Audio |
| angel58167@KaZaA | Isyss-Oh no she didn't.wma | Isyss | 2,998KB | Audio |
| angel58167@KaZaA | Fleetwood Mack - Tusk - The Dance.mp3 | Fleetwood Mac | 3,430KB | Audio |
| angel58167@KaZaA | Isyss- Not Letting Him go.mp3 | Isyss | 3,424KB | Audio |
| | Isyss  Usher Him | | | |

Found 681 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel5816?@KaZaA | Isyss- Not Letting Him go.mp3 | Isyss | 3,424KB | Audio |
| angel5816?@KaZaA | Isyss - Hater.wma | Isyss | 2,389KB | Audio |
| angel5816?@KaZaA | track10_32.wma | Isyss | 791KB | Audio |
| angel5816?@KaZaA | Fleetwood Mac.kpl | Fleetwood Mac | 1KB | |
| angel5816?@KaZaA | lumidee-honestly-almost famous.mp3 | lumidee | 7,127KB | Audio |
| angel5816?@KaZaA | Jagged Edge - Meet Me at the Alter (1).mp3 | The Band | 3,548KB | Audio |
| angel5816?@KaZaA | RB - Usher - Nice And Slow.mp3 | Usher | 3,573KB | Audio |
| angel5816?@KaZaA | 02 - Overprotected.mp3 | Britney Spears | 1,999KB | Audio |
| angel5816?@KaZaA | imX-FirstTime.mp3 | IMX | 1,666KB | Audio |
| angel5816?@KaZaA | ashanti - Foolish (1).mp3 | Ashanti Ft Murda INC | 1,772KB | Audio |
| angel5816?@KaZaA | avant - makin good love.mp3 | avant | 4,178KB | Audio |
| angel5816?@KaZaA | Jarule and Mary J Blige- Rainy Days.mp3 | Mary J Blige ft. Ja Rule | 4,320KB | Audio |
| angel5816?@KaZaA | R. Kelly - Bump and Grind.mp3 | R. Kelly | 4,002KB | Audio |
| angel5816?@KaZaA | B2K - B2K - 01 - Gots Ta Be.mp3 | B2K | 5,015KB | Audio |
| angel5816?@KaZaA | KazaaUpdate151.exe | Sharman Networks Ltd | 2,747KB | Software |
| angel5816?@KaZaA | 07 - I'm All About You.mp3 | Aaron Carter | 3,460KB | Audio |
| angel5816?@KaZaA | Wyclef Feat. Mya And ODB - Ghetto Superstar.mp3 | Mya | 2,932KB | Audio |
| angel5816?@KaZaA | Celine Dion - Olympics '96 - The Power Of The Dream.mp3 | Celine Dion | 4,234KB | Audio |
| angel5816?@KaZaA | Celine Dion feat R Kelly - I'm Your Angel.mp3 | Celine Dion | 5,178KB | Audio |
| angel5816?@KaZaA | kmd171gu_en.exe | Sharman Networks Ltd | 1,729KB | Software |
| angel5816?@KaZaA | Tony Rich Project - Nobody Knows It But Me.mp3 | Tony Rich Project | 4,796KB | Audio |
| angel5816?@KaZaA | Lifehouse - I'm Falling even more In love with you.mp3 | Lifehouse | 2,540KB | Audio |
| angel5816?@KaZaA | Boyz II Men - The Color Of Love.mp3 | Boyz II Men | 4,337KB | Audio |
| angel5816?@KaZaA | Clipse ft. Pharrell - Grindin'.mp3 | Clipse ft. Pharrell | 4,143KB | Audio |
| angel5816?@KaZaA | 15-mario-just_a_friend-rhm.mp3 | mario | 4,500KB | Audio |
| angel5816?@KaZaA | JAHEIM 04 still ghetto NO1 LOOPS1.mp3 | Jaheim | 4,275KB | Audio |
| angel5816?@KaZaA | BRAND NEW NELLY NELLYVILLE 09 PUT YOUR HANDS UP .... | Nelly | 4,980KB | Audio |
| angel5816?@KaZaA | Nelly - Im going down down baby.mp3 | Nelly | 4,486KB | Audio |
| angel5816?@KaZaA | Jaheim-Tight Jeans.mp3 | Jaheim | 3,163KB | Audio |
| | 112 - Dart III 12 - Colic mp3 | 112 | 4 500KB | Audio |

Found 681 files    2,034,591 users online, sharing 386,656,480 files (7,065,728 GB)    Not sharing any files

*(right margin text, partially visible)*
The
Meet
U
Nobo
I'm Falling even mo
I'm Your A
K
I'm goin
Tigh

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| angel58167@KaZaA | Jaheim-Tight Jeans.mp3 | Jaheim | 3,163KB | Audio | Tight |
| angel58167@KaZaA | 112 - Part III - 12 - Smile.mp3 | 112 | 4,538KB | Audio | |
| angel58167@KaZaA | sweet misery.mp3 | Michelle Branch | 1,756KB | Audio | |
| angel58167@KaZaA | TG4 - Virginity.wma | TG4 | 3,973KB | Audio | |
| angel58167@KaZaA | Nivea - Never Have A Girl Like Me.mp3 | Nivea | 3,191KB | Audio | Never |
| angel58167@KaZaA | David  Holister-One Woman Man.mp3 | David  Holister | 3,007KB | Audio | |
| angel58167@KaZaA | Silk - Freak Me.mp3 | Silk | 3,238KB | Audio | |
| angel58167@KaZaA | Nivea - Cheatin On U.mp3 | Nivea | 3,555KB | Audio | |
| angel58167@KaZaA | u2 - one (best live acoustic ever).mp3 | U2 | 4,988KB | Audio | |
| angel58167@KaZaA | NSYNC - Justin Timberlake - My Eyes Adore You.mp3 | Justin Timberlake | 4,064KB | Audio | |
| angel58167@KaZaA | Justin Timberlake - Like I Love You.mp3 | Justin Timberlake | 3,859KB | Audio | |
| angel58167@KaZaA | Nsync - Justin Timberlake - One Last Cry.mp3 | Justin Timberlake | 3,972KB | Audio | |
| angel58167@KaZaA | Mariah Carey - Love Takes Time.mp3 | Mariah Carey | 3,459KB | Audio | |
| angel58167@KaZaA | Mariah Carey - I'll be there.mp3 | Mariah Carey | 4,412KB | Audio | |
| angel58167@KaZaA | Always Be my Baby - Mariah Carey.mp3 | Mariah Carey | 4,026KB | Audio | |
| angel58167@KaZaA | 20 - Keep On Singin' My Song.mp3 | Christina Aguilera | 4,577KB | Audio | Keep |
| angel58167@KaZaA | kmd202gu_en.exe. | Sharman Networks Ltd | 3,323KB | Software | |
| angel58167@KaZaA | Lil' Bow Wow - Perfect Girl (interlude) (1).mp3 | Lil Bow Wow | 979KB | Audio | Pers |
| angel58167@KaZaA | 01_18 - Love Is Still Here.mp3 | Jaheim | 1,420KB | Audio | 18 |
| angel58167@KaZaA | RB new.kpl | Tyrese | 3KB | Audio | |
| angel58167@KaZaA | Jaheim - Long as I Live.mp3 | Jaheim | 2,615KB | Audio | |
| angel58167@KaZaA | Jaheim - Heaven In My Eyes.mp3 | A | 3,604KB | Audio | |
| angel58167@KaZaA | Jaheim - My Love.mp3 | Jaheim | 5,606KB | Audio | |
| angel58167@KaZaA | ANGEL '02.kpl | Unknown | 2KB | Audio | |
| angel58167@KaZaA | 03. One.mp3 | Faith Hill | 7,501KB | Audio | |
| angel58167@KaZaA | Twisted Angel.mp3 | LeAnn Rimes | 4,981KB | Audio | |
| angel58167@KaZaA | solange feat.nore - feeling.mp3 | Solange Knowles f. Nore | 3,802KB | Audio | |
| angel58167@KaZaA | Faith Hill-CRY-Unsaveable.mp3 | Faith Hill | 2,979KB | Audio | |
| angel58167@KaZaA | This_Is_Me-11-FAITH_HILL-.mp3 | Faith Hill | 5,450KB | Audio | |
| | FAITH HILL CRY IF THIS IS THE End .mp3 | Faith Hill | 5.000KB | Audio | |

2,034,591 users online, sharing 386,656,480 files (7,065,728 GB)    Not sharing any files

Found 681 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | This_Is_Me-11-FAITH_HILL-.mp3 | Faith Hill | 5,450KB | Audio |
| angel58167@KaZaA | FAITH_HILL_CRY-IF_This_Is_The_End-.mp3 | Faith Hill | 5,043KB | Audio |
| angel58167@KaZaA | 09 - Stronger (1).mp3 | Faith Hill | 3,966KB | Audio |
| angel58167@KaZaA | Review My Kisses.mp3 | LeAnn Rimes | 7,781KB | Audio |
| angel58167@KaZaA | ANGELS COUNTRY.kpl | Faith Hill | 2KB | Audio |
| angel58167@KaZaA | Sign of Life.mp3 | LeAnn Rimes | 6,287KB | Audio |
| angel58167@KaZaA | ANGELS R&J.kpl | 112 | 7KB | |
| angel58167@KaZaA | Faith Hill - 01 - Free.mp3 | Faith Hill | 5,442KB | Audio |
| angel58167@KaZaA | Faith Hill - 11 - This Is Me.mp3 | Faith Hill | 5,947KB | Audio |
| angel58167@KaZaA | 03. New Sunshine Morning.mp3 | Simple Minds | 4,225KB | Audio |
| angel58167@KaZaA | AG--Aaliyah.kpl | Aaliyah | 1KB | Audio |
| angel58167@KaZaA | FAITH HILL-CRY/UNSAVEABLE- Latest Jam.mp3 | Faith Hill | 1,855KB | Audio |
| angel58167@KaZaA | 08-aaliyah-all_i_need-rns.mp3 | Aaliyah | 4,411KB | Audio |
| angel58167@KaZaA | 12-aaliyah-erica_kane-rns.mp3 | Aaliyah | 6,508KB | Audio |
| angel58167@KaZaA | Baby Face _Usher - Bedtime.mp3 | A | 4,456KB | Audio |
| angel58167@KaZaA | Usher - New Relationship.mp3 | A | 3,415KB | Audio |
| angel58167@KaZaA | Ashanti.kpl | Ashanti | 1KB | Audio |
| angel58167@KaZaA | 11 - Ashanti - Movies - Ashanti.mp3 | Ashanti | 5,875KB | Audio |
| angel58167@KaZaA | ashanti-chapter ii-sweet baby-.mp3 | ashanti | 7,644KB | Audio |
| angel58167@KaZaA | ashanti-chapter ii-carry on-12.mp3 | ashanti | 6,800KB | Audio |
| angel58167@KaZaA | lumidee-almost famous-me and you.mp3 | lumidee | 6,699KB | Audio |
| angel58167@KaZaA | 18-chapter ii-u say, i say feat. gunnz-ashanti.mp3 | ashanti | 7,565KB | Audio |
| angel58167@KaZaA | Absolut slow Jams.kpl | Latif | 2KB | Audio |
| angel58167@KaZaA | lumidee-almost famous-only for your good.mp3 | lumidee | 3,192KB | Audio |
| angel58167@KaZaA | Tyrese - Cool on You (1).mp3 | Tyrese | 2,011KB | Audio |
| angel58167@KaZaA | 09-almost famous-air to breathe-almost famous.mp3 | lumidee | 6,243KB | Audio |
| angel58167@KaZaA | Tyrese - She Lets Me Be a Man.mp3 | Tyrese | 4,638KB | Audio |
| angel58167@KaZaA | lumidee-almost famous-for keeps.mp3 | lumidee | 7,391KB | Audio |
| angel58167@KaZaA | suppose to do-almost famous_lumidee.mp3 | lumidee | 7,231KB | Audio |

Found 681 files | 2,034,591 users online, sharing 386,656,480 files (7,065,728 GB) | Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | suppose to do-almost famous_lumidee.mp3 | lumidee | 7,231KB | Audio |
| angel58167@KaZaA | lumidee-for keeps-almost famous-05.mp3 | lumidee | 2,652KB | Audio |
| angel58167@KaZaA | J5 - Love Angel(f.r.Kelly).mp3 | J5 | 6,442KB | Audio |
| angel58167@KaZaA | Mariah Carey - All I Want For Christmas.mp3 | Mariah Carey | 3,772KB | Audio |
| angel58167@KaZaA | (04) Sheryl Crow - The First Cut Is The Deepest.wma | Cheryl Crow | 336KB | Audio |
| angel58167@KaZaA | mariah carey.kpl | mariah carey | 0KB | |
| angel58167@KaZaA | mariah carey 1.kpl | Unknown | 0KB | |
| angel58167@KaZaA | Jessica Andrews - Good Time.mp3 | Jessica Andrews | 5,248KB | Audio |
| angel58167@KaZaA | Mariah Carey 2.kpl | Mariah Carey | 0KB | |
| angel58167@KaZaA | Jessica Andrews - Now 1 Know.mp3 | Jessica Andrews | 3,496KB | Audio |
| angel58167@KaZaA | 04 To Love You Once.mp3 | Jessica Andrews | 1,606KB | Audio |
| angel58167@KaZaA | Evanescence - Bring Me to Life.mp3 | Evanescense | 2,323KB | Audio |
| angel58167@KaZaA | Evanesance - Haunted.mp3 | Evanescence | 3,068KB | Audio |
| angel58167@KaZaA | Cher - Believe.mp3 | Cher | 3,705KB | Audio |
| angel58167@KaZaA | Cher - Its In His Kiss.mp3 | Cher | 2,671KB | Audio |
| angel58167@KaZaA | Evanescence - My Immortal (1).mp3 | Evanescence | 6,193KB | Audio |
| angel58167@KaZaA | Sonny and Cheir - 1 Got You Babe.mp3 | Sonny and Cher | 2,961KB | Audio |
| angel58167@KaZaA | dont tell me.mp3 | Avril lavigne | 2,168KB | Audio |
| angel58167@KaZaA | usher-bad girl-confessions.mp3 | usher | 2,399KB | Audio |
| angel58167@KaZaA | 06 Track 6.wma | Calvin Richardson | 4,415KB | Audio |
| angel58167@KaZaA | N'Sync - Falling.mp3 | N'Sync | 3,576KB | Audio |
| angel58167@KaZaA | Mandy Moore - 07 - Crush I.4M MP3Pro.mp3 | Mandy Moore | 1,742KB | Audio |
| angel58167@KaZaA | Amanda - Everybody Does It.mp3 | Amanda | 4,223KB | Audio |
| angel58167@KaZaA | Usher - U Remind Me.mp3 | Usher - MusicMadhouse | 3,877KB | Audio |
| angel58167@KaZaA | Eden's Crush - Love This Way (Album version).mp3 | Edens crush | 3,264KB | Audio |
| angel58167@KaZaA | Dream - This Is Me Remix (Featuring Kale).mp3 | Dream feat P. Diddy and … | 4,351KB | Audio |
| angel58167@KaZaA | 01-jennifer_lopez_feat_ja_rule-im_real_remix_(dirty)-2001.. | JaRule and 1Lo | 3,056KB | Audio |
| angel58167@KaZaA | nsync - gone_dreamznu.mp3 | Nsync | 4,432KB | Audio |
| angel58167@KaZaA | Jessica Andrews - Show Me Heaven.mp3 | Jessica Andrews | 4,066KB | Audio |
| angel58167@KaZaA | lumed_mdoo _whoon the markin at (faat mall.) kma | Iumad Edon | 2 cccvo | Audio |

Found 681 files

Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Stop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | Jessica Andrews - Show Me Heaven.mp3 | Jessica Andrews | 4,066KB | Audio |
| angel58167@KaZaA | jagged edge - where the party at (feat nelly).MP3 | Jagged Edge | 3,635KB | Audio |
| angel58167@KaZaA | Jessica Andrews - That's Who I Am .mp3 | Jessica Andrews | 3,768KB | Audio |
| angel58167@KaZaA | Jessica Andrews - Helplessly, Hopelessly, Recklessly.mp3 | Jessica Andrews | 3,739KB | Audio |
| angel58167@KaZaA | Lee Ann Rymes - I Need You.mp3 | Rymes, LeeAnn | 3,318KB | Audio |
| angel58167@KaZaA | Ashanti - 16 - Dreams - music-madness.mp3 | Ashanti | 2,526KB | Audio |
| angel58167@KaZaA | Michelle Branch - Everywhere.mp3 | Michelle Branch | 3,437KB | Audio |
| angel58167@KaZaA | 09 - Let Me In Now.mp3 | St. Lunatics | 4,373KB | Audio |
| angel58167@KaZaA | POD - Alive (1).mp3 | POD | 3,156KB | Audio |
| angel58167@KaZaA | 08 - only took a minute.mp3 | Mandy Moore | 3,427KB | Audio |
| angel58167@KaZaA | Trick Daddy - I'm A Thug.mp3 | Trick Daddy | 3,975KB | Audio |
| angel58167@KaZaA | Mandy Moore - 13 - When I Talk To You L4H MP3Pro.mp3 | Mandy Moore | 2,046KB | Audio |
| angel58167@KaZaA | Missy Elliot feat. Jay-Z - One Minute Man (RemiX).mp3 | Missy Elliott | 4,320KB | Audio |
| angel58167@KaZaA | TLC - Creep.mp3 | TLC | 4,200KB | Audio |
| angel58167@KaZaA | City High - Caramel (1).mp3 | City High | 2,526KB | Audio |
| angel58167@KaZaA | Southern Hospitality (Radio Remix).mp3 | Ludacris | 5,967KB | Audio |
| angel58167@KaZaA | Lincoln Park - crawl.mp3 | Linkin Park | 4,698KB | Audio |
| angel58167@KaZaA | JA RULE - LIVIN' IT UP (ft. CASE).mp3 | Ja Rule feat Case | 3,868KB | Audio |
| angel58167@KaZaA | lfo- every other time.mp3 | LFO | 2,974KB | Audio |
| angel58167@KaZaA | DMX - we right here.mp3 | DMX | 1,865KB | Audio |
| angel58167@KaZaA | 04 - Mandy Moore - One Sided Love.mp3 | Mandy Moore | 3,830KB | Audio |
| angel58167@KaZaA | R.Kelly- Fallin of your booty.mp3 | R. Kelly | 2,886KB | Audio |
| angel58167@KaZaA | Im A Believer - Smashmouth.mp3 | Smash Mouth | 4,511KB | Audio |
| angel58167@KaZaA | ashanti-08-rescue-(MP3 - 4 - LIFE).mp3 | Ashanti | 6,957KB | Audio |
| angel58167@KaZaA | ashanti-06-call-(MP3 - 4 - LIFE).mp3 | Ashanti | 4,767KB | Audio |
| angel58167@KaZaA | ashanti feat murda inc - foolish.mp3 | Ashanti | 3,554KB | Audio |
| angel58167@KaZaA | Ja Rule - Mesmerize ft Ashanti.mp3 | - ( www.Mp3s.4-all.org ) - | 4,355KB | Audio |
| angel58167@KaZaA | Ashanti - 09 - Baby - music-madness.mp3 | Ashanti | 2,594KB | Audio |
| angel58167@KaZaA | 14 - Ja Rule Ft Murderers Ashanti Vita - Down Wit U - We… | murder inc. | 2,044KB | Audio |
| angel58167@KaZaA | OE  Ashanti fachaina Lil Sici Color Of The Wind  rimn | Ashanti fachaina Lil Sici ch | 2,210KB | Audio |

Found 681 files  2,034,591 users online, sharing 386,656,480 files (7,055,728 GB)  Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Stop | Tell A Friend | Search

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | 14 - Ja Rule Ft Murderers Ashanti Vita - Down Wit U - We… | murder inc. | 2,044KB | Audio |
| angel58167@KaZaA | 05 - Ashanti featuring Lil' Sis Shi - Colors Of The Wind - simp… | Ashanti featuring Lil' Sis Sh | 2,213KB | Audio |
| angel58167@KaZaA | Marques_Batman_Houston - That Girl.mp3 | Marques "Batman" Houst… | 3,494KB | Audio |
| angel58167@KaZaA | Dru Hill - These Are The Times (1).mp3 | Dru Hill | 1,697KB | Audio |
| angel58167@KaZaA | Ashanti-14 - Unfoolish.mp3 | Ashanti | 1,518KB | Audio |
| angel58167@KaZaA | Kelly Clarkson - Walk On By.mp3 | Kelly Clarkson | 1,925KB | Audio |
| angel58167@KaZaA | Kelly Clarkson - Before Your Love.mp3 | Kelly Clarkson | 3,665KB | Audio |
| angel58167@KaZaA | Dru Hill - I'll Be The One.mp3 | Dru Hill | 4,169KB | Audio |
| angel58167@KaZaA | Dru Hill - Holding You.mp3 | Dru Hill | 4,191KB | Audio |
| angel58167@KaZaA | Sisqo feat Ja Rule - You Are Everything (Remix).mp3 | Dru Hill | 3,008KB | Audio |
| angel58167@KaZaA | Christina Aguilera - Dreamy Eyes.mp3 | Christina Aguilera | 2,727KB | Audio |
| angel58167@KaZaA | 10-DruHill-One Good Reason.mp3 | Dru Hill | 3,815KB | Audio |
| angel58167@KaZaA | Dru Hill - Beauty.mp3 | Dru Hill | 4,234KB | Audio |
| angel58167@KaZaA | Dru Hill - What Do I Do With The Love.mp3 | Dru Hill | 6,848KB | Audio |
| angel58167@KaZaA | Dru Hill - Five Steps.mp3 | Dru Hill | 5,363KB | Audio |
| angel58167@KaZaA | VI3 - Eyes Closed So Tight.mp3 | VI3 | 3,180KB | Audio |
| angel58167@KaZaA | Thursday - where the circle ends.mp3 | Thursday | 2,987KB | Audio |
| angel58167@KaZaA | Jagged Edge-He Cant Love You.mp3 | Jagged Edge | 3,789KB | Audio |
| angel58167@KaZaA | Jagged Edge - 05 - Girl It s over.mp3 | Jagged Edge | 4,196KB | Audio |
| angel58167@KaZaA | Incubus - Warning.mp3 | Incubus | 4,422KB | Audio |
| angel58167@KaZaA | Mandy Moore feat. Jonathan Foreman - Someday We'll Kn… | Mandy Moore feat. Jonat… | 3,457KB | Audio |
| angel58167@KaZaA | Incubus - I Miss You (acoustic).mp3 | Incubus | 2,391KB | Audio |
| angel58167@KaZaA | Incubus - Crowded Elevator.mp3 | Incubus | 4,450KB | Audio |
| angel58167@KaZaA | Incubus - I Wish You Were Here .mp3 | Incubis | 3,337KB | Audio |
| angel58167@KaZaA | Incubus - Drive.mp3 | Incubus | 5,451KB | Audio |
| angel58167@KaZaA | Thursday - Porcelain.mp3 | Thursday | 4,317KB | Audio |
| angel58167@KaZaA | Hot Boyz - I Need A Hot Girl.mp3 | Hot Boys | 4,574KB | Audio |
| angel58167@KaZaA | Diamond Rio - One More Day With You.mp3 | Diamond Rio | 3,427KB | Audio |
| angel58167@KaZaA | 08 Aaliyah - Read Between The Lines.mp3 | Aaliyah | 4,071KB | Audio |
| angel58167@KaZaA | Imdi…ard…Caala Facult Vaus Laus meo | Vindi Mri | 5,140KB | Audio |

2,034,591 users online, sharing 386,656,480 files (7,065,728 GB) | Not sharing any files

Found 681 files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | 08 Aaliyah - Read Between The Lines.mp3 | Aaliyah | 4,071KB | Audio |
| angel58167@KaZaA | kuraki mai - Can't Forget Your Love.mp3 | Kuraki Mai | 5,140KB | Audio |
| angel58167@KaZaA | 04-aaliyah-more_than_a_woman.mp3 | aaliyah | 3,592KB | Audio |
| angel58167@KaZaA | Craig David - Walking Away.mp3 | Craig David | 4,903KB | Audio |
| angel58167@KaZaA | Dave Mathews Band- The Space Inbetween.mp3 | Dave Matthews Band | 5,712KB | Audio |
| angel58167@KaZaA | 03- Meshell Ndegeocello(love_basketball Soundtrack)-Fool... | Me'Shell NdegeOcello | 618KB | Audio |
| angel58167@KaZaA | Lonestar - I'm Already There (4).wav | Lonestar | 989KB | Audio |
| angel58167@KaZaA | Greg Street feat. Trina_Duece Pap! - A Thug Like Me.mp3 | Greg Street ft. Trina | 3,761KB | Audio |
| angel58167@KaZaA | jennifer_lopez_feat_ja_rule-im_real_remix_(dirty)-2001 (1).. | jennifer lopez f/ ja rule | 3,056KB | Audio |
| angel58167@KaZaA | nickelback - This Is How You Remind Me.mp3 | Nickelback | 3,569KB | Audio |
| angel58167@KaZaA | Jennifer Lopes JLO - 09 - me.mp3 | My-Albums.com Jennifer .... | 4,275KB | Audio |
| angel58167@KaZaA | Lil Bow Wow - Ghetto Girl (1) (1).mp3 | Lil' Bow Wow | 3,038KB | Audio |
| angel58167@KaZaA | City high feat. Eve - Caramel (remix).mp3 | 01-city_high_feat_eve-ca.. | 3,659KB | Audio |
| angel58167@KaZaA | lincoln park in end.mp3 | Linkin Park | 2,535KB | Audio |
| angel58167@KaZaA | Jaheim__Fabulous.mp3 | Jaheim | 3,597KB | Audio |
| angel58167@KaZaA | Britney - 07 - I Love Rock And Roll.mp3 | Britney Spears | 2,916KB | Audio |
| angel58167@KaZaA | Leann Rimes - How Do I Live.mp3 | leann rimes | 4,188KB | Audio |
| angel58167@KaZaA | Lincoln Park - Hybrid Theory - 06 - Runaway.mp3 | Linkin Park | 2,874KB | Audio |
| angel58167@KaZaA | Lil' Bow Wow, Lil' Wayne, Lil' Zane and Sammie - Hardball.m... | Lil' Rascals | 3,760KB | Audio |
| angel58167@KaZaA | Ja Rule - Put It On Me.mp3 | Ja Rule f/ Lil Mo and Vita | 4,469KB | Audio |
| angel58167@KaZaA | I Cry - Ja Rule.mp3 | Ja Rule ftr Lil Mo | 4,990KB | Audio |
| angel58167@KaZaA | Billy Gilman - She's My Girl.mp3 | Billy Gilman | 3,682KB | Audio |
| angel58167@KaZaA | Next - Too Close.mp3 | Next | 4,048KB | Audio |
| angel58167@KaZaA | Lil' Mo - 09 - Gangsta (Love for the Streets).mp3 | Lil' Mo. | 3,036KB | Audio |
| angel58167@KaZaA | Aaliyah - If Your Girl Only Knew.mp3 | Aaliyah | 4,546KB | Audio |
| angel58167@KaZaA | Camron ft Juelz - oh boy.mp3 | Camron | 4,748KB | Audio |
| angel58167@KaZaA | 09 - What's Love (with Ja Rule) (1).mp3 | Fat Joe/Ja Rule/Ashanti | 4,176KB | Audio |
| angel58167@KaZaA | Lost 78.wma | Rare Blend | 2,104KB | Audio |
| angel58167@KaZaA | Incubus- Wish You Were Here.mp3 | Incubus | 1,669KB | Audio |
| angel58167@KaZaA | 10-tub-murda feat-chevri feat like a thug me (1)-mp3 | Tuh-Mede & Achenti | 3,109KB | Audio |

Read
Cai

07

Gangsta (Lo
If

I W

2,034,591 users online, sharing 386,656,480 files (7,065,728 GB)          Not sharing any files

Found 681 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | Incubus- Wish You Were Here.mp3 | Incubus | 1,669KB | Audio |
| angel58167@KaZaA | 19-tah_murda_feat_ashanti-just_like_a_thug-rns (1).mp3 | Tah Murda ft. Ashanti | 3,198KB | Audio |
| angel58167@KaZaA | aaliyah_missy_-_if_your_girl_only_knew_rmx.mp3 | Aaliyah | 4,649KB | Audio |
| angel58167@KaZaA | Naughty By Nature feat. 3LW - Feels Good.mp3 | Naughty by Nature ft. 3… | 4,028KB | Audio |
| angel58167@KaZaA | TLC - Red Light Special.mp3 | TLC | 4,739KB | Audio |
| angel58167@KaZaA | artist - Track 12.mp3 | CAMRON FEAT JUELZ | 2,807KB | Audio |
| angel58167@KaZaA | WE FIT TOGETHER.mp3 | O-Town | 3,700KB | Audio |
| angel58167@KaZaA | faith evens - I love you.mp3 | Faith Evens _Carl Thomas | 4,174KB | Audio |
| angel58167@KaZaA | Avril Lavigne - Complicated.mp3 | Avril Lavigne | 3,836KB | Audio |
| angel58167@KaZaA | Mary J. Blige feat. Jadakiss_Fabolous - Family Affair Rem… | Mary J Blige ft Jadakiss F… | 4,048KB | Audio |
| angel58167@KaZaA | Avril Lavigne - Let Go - 08 - Anything But Ordinary.MP3 | Avril Lavigne | 3,936KB | Audio |
| angel58167@KaZaA | K-Ci and Jo Jo - Crazy (3).mp3 | KC and Jojo | 3,338KB | Audio |
| angel58167@KaZaA | 18 - I Need a Girl.mp3 | P.Diddy ft Loon _Usher | 3,937KB | Audio |
| angel58167@KaZaA | Mary J. Bldge feat. the notorious b.i.g. - real love (bad bo… | Mary J. Blige Feat. The N… | 4,713KB | Audio |
| angel58167@KaZaA | Usher - All About U - 02 - U Got It Bad (1).MP3 | Usher | 2,653KB | Audio |
| angel58167@KaZaA | Mary J. Bldge No More Drama.mp3 | Mary J. Blige | 5,096KB | Audio |
| angel58167@KaZaA | Leann Rimes - Big Deal.mp3 | LeAnn Rimes | 2,901KB | Audio |
| angel58167@KaZaA | 12-Enrique Iglesias - Hero.mpg | Enrique Iglesias | 46,278KB | Video |
| angel58167@KaZaA | GARTH BROOKES - THE RIVER.MP3 | GARTH BROOKES | 4,166KB | Audio |
| angel58167@KaZaA | Garth Brookes Papa Loves Mama.mp3 | Garth Brooks | 2,669KB | Audio |
| angel58167@KaZaA | Jewel - 02 - Jesus Loves You.mp3 | Jewel | 3,134KB | Audio |
| angel58167@KaZaA | Mariah Carey - Never Too Far.mp3 | Mariah Carey | 3,664KB | Audio |
| angel58167@KaZaA | Ginuwine - Differences.mp3 | Genuwine | 2,079KB | Audio |
| angel58167@KaZaA | NAS featuring Ginuwine- You Own Me.mp3 | Nas feat. Genuwine | 4,500KB | Audio |
| angel58167@KaZaA | Shakira whenever - wherever .mp3 | Shakira | 3,062KB | Audio |
| angel58167@KaZaA | Mary J. Blige - Not Gon' Cry.mp3 | Mary J. Bldge | 3,492KB | Audio |
| angel58167@KaZaA | Jewel - Standing Still (1).mp3 | Jewel | 4,224KB | Audio |
| angel58167@KaZaA | Faith Evans - Faithfully - 13 - Ghetto (Interlude).mp3 | Faith Evans | 1,269KB | Audio |
| angel58167@KaZaA | Mr Cheeks . Lights, Camera, Action.mp3 | Mr Cheeks | 2,846KB | Audio |
| ······ ·· ·· ·· | Posting child  Nachi Cal mno | Destin Child | 4,000KB | Audio |

Found 681 files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Download | Search Field

New search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | Mr Cheeks.. Lights, Camera, Action.mp3 | Mr Cheeks | 2,846KB | Audio |
| angel58167@KaZaA | Destiny's Child - Nasty Girl.mp3 | Destiny's Child | 4,028KB | Audio |
| angel58167@KaZaA | Busta Rymes - Break Ya Neck.MP3 | Busta Rymes | 1,692KB | Audio |
| angel58167@KaZaA | Lil Jon_Eastside Boys - Bia Bia (Dirty).mp3 | Lil Jon_Eastside Boys | 4,642KB | Audio |
| angel58167@KaZaA | b2k - uh huh (1).mp3 | B2K | 3,458KB | Audio |
| angel58167@KaZaA | The Worlds Greatest.mpg | R. Kelly | 3,982KB | Video |
| angel58167@KaZaA | Mandy Moore - 11 - From Loving You L4M MP3Pro.mp3 | Mandy Moore | 1,673KB | Audio |
| angel58167@KaZaA | The Strokes - Is This It - Someday.mp3 | The Strokes | 2,892KB | Audio |
| 2 Users | IMx - Clap Your Hands.mp3 | B2K + IMX' | 3,415KB | Audio |
| angel58167@KaZaA | Jennifer Lopez - I'm Real - 02..mp3 | Jennifer Lopez | 3,515KB | Audio |
| angel58167@KaZaA | 10-britney_spears-bombastic_love.mp3 | Britney Spears | 2,903KB | Audio |
| angel58167@KaZaA | jagged3-[My-Albums.com].mp3 | Jagged Edge | 4,270KB | Audio |
| angel58167@KaZaA | prophet.jones - Lifetime.mp3 | Prophet. Jones | 4,672KB | Audio |
| angel58167@KaZaA | Carl Thomas - Emotional.mp3' | Carl Thomas | 4,249KB | Audio |
| angel58167@KaZaA | lil_bow_wow~ Thank you (ft. jagged edge).mp3 | Lil Bow Wow | 3,910KB | Audio |
| angel58167@KaZaA | Jadakiss - put ya hands up.mp3 | Jada Kiss | 1,794KB | Audio |
| angel58167@KaZaA | b2k - uh huh.mp3 | B2K' | 5,187KB | Audio |
| angel58167@KaZaA | Jennifer Lopes 1LO - 07 - over.mp3 | My-Albums.com Jennifer ... | 4,588KB | Audio |
| angel58167@KaZaA | 112 feat. Fabolous - Peaches And Cream (Remix).mp3 | 112 feat. Fabolous | 4,262KB | Audio |
| angel58167@KaZaA | Mariah Carey-14 - Thank God I Found You.mp3 | Mariah Carey | 4,021KB | Audio |
| angel58167@KaZaA | (rnb) Craig David - Once In A Lifetime.mp3 | Craig David | 3,289KB | Audio |
| angel58167@KaZaA | Brian McKnight - Still In Love With You.mp3 | Brian McKnight | 3,706KB | Audio |
| angel58167@KaZaA | Britney Spears - Boys (1).mp3 | Britney Spears | 2,034KB | Audio |
| angel58167@KaZaA | Usher - You Make Me Wanna (1).mp3 | Usher | 3,431KB | Audio |
| angel58167@KaZaA | 02 - Britney Spears - Lonely.mp3 | Britney Spears | 1,168KB | Audio |
| angel58167@KaZaA | Britney Spears - Let Me Be.mp3 | Britney Spears | 4,018KB | Audio |
| angel58167@KaZaA | Jennifer Lopez - that's the way.mp3 | My-Albums.com Jennifer ... | 3,643KB | Audio |
| angel58167@KaZaA | mygirls.org-anticipating.mp3 | Britney Spears | 1,156KB | Audio |
| angel58167@KaZaA | Britney Spears - I Love Rock And Roll (incomplete).mp3 | Britney Spears | 1,113KB | Audio |
| annte1C17mVa7aA | Britnau Cnaarc - Cindaralla mn3 | Dritnau Cnaarc | a oceve | Andia |

2,034,591 users online, sharing 386,656,480 files (7,065,728 GB)   Not sharing any files

Found 681 files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | Britney Spears - I Love Rock And Roll (incomplete).mp3 | Britney Spears | 1,113KB | Audio |
| angel58167@KaZaA | Britney Spears - Cinderella.mp3 | Britney Spears | 4,365KB | Audio |
| angel58167@KaZaA | Aaliyah - Rock The Boat.mp3 | Aaliyah | 4,299KB | Audio |
| angel58167@KaZaA | 11-britney_spears-thats_where_you_take_me.mp3 | Britney Spears | 3,320KB | Audio |
| angel58167@KaZaA | 12 - Britney Spears - 12 - What It's Like to Be Me.mp3 | Britney Spears | 4,002KB | Audio |
| angel58167@KaZaA | Emerson Drive - I Should Be Sleeping.mp3 | Emerson Drive | 5,735KB | Audio |
| angel58167@KaZaA | Ludacris-I wanna lick you.mp3 | Ludacris | 3,230KB | Audio |
| angel58167@KaZaA | Fatty Girl-Ludacris,LL Cool J,Keith Murray {1}.MP3 | Ludacris feat. LL Cool J | 1,346KB | Audio |
| angel58167@KaZaA | Welcome to Atlanta -- Ludacris feat Jermaine Dupri.mp3 | Jermaine Dupri | 3,152KB | Audio |
| angel58167@KaZaA | Usher - 8701 - 09 - U Dont Have To.mp3 | Usher | 4,210KB | Audio |
| angel58167@KaZaA | Tweet- Opps Oh My (2).mp3 | Tweet Ft. Fabolous_Mis… | 2,599KB | Audio |
| angel58167@KaZaA | Faith Evans Ft Carl Thomas - Cant Believe.mp3 | Faith Evans ft. Carl Thom… | 4,024KB | Audio |
| angel58167@KaZaA | 3LW ft P.MP3 | 3LW ft P Diddy_Loons | 3,735KB | Audio |
| angel58167@KaZaA | P.Diddy Ft. Kain, Mark Curry_Loon - Let's Get It (Remix).m… | P.Diddy Ft Kain, Mark Cur… | 2,453KB | Audio |
| angel58167@KaZaA | Michelle Branch - All You Wanted.mp3 | Michelle Branch | 3,366KB | Audio |
| angel58167@KaZaA | 19-usher_feat._p.diddy-I_dont_know-whoa.mp3 | Usher feat. P.Diddy | 3,696KB | Audio |
| angel58167@KaZaA | IMX: My Very First Time.mp3 | IMX | 3,154KB | Audio |
| angel58167@KaZaA | P-Diddy ft. Usher_Loon - I Need A Girl Remix.mp3 | P..Diddy | 4,264KB | Audio |
| angel58167@KaZaA | 17-vita_ft_ashanti-justify_my_love-rns.mp3 | Vita Ft. Ashanti | 5,270KB | Audio |
| angel58167@KaZaA | Dmx-_Miss_You_Ft_Faith_Evans-supermp3s.mp3 | DMX | 4,414KB | Audio |
| angel58167@KaZaA | Aerosmith - Your My Angel.mp3 | Aerosmith | 4,794KB | Audio |
| angel58167@KaZaA | Lifehouse - Breathing.mp3 | Lifehouse | 4,342KB | Audio |
| angel58167@KaZaA | Glen Lewis - The thing to do.mp3 | Glenn Lewis | 4,736KB | Audio |
| angel58167@KaZaA | B2k - B2k - 01 - Gots Ta Be -mp3pro.mp3 | Unknown | 2,513KB | Audio |
| angel58167@KaZaA | Glen Lewis-Too Much.mp3 | Glen Lewis | 2,409KB | Audio |
| angel58167@KaZaA | Aaliyah feat Timbaland - Are You That Somebody.mp3 | Aaliyah | 1,008KB | Audio |
| angel58167@KaZaA | Glenn Lewis - Only Be In Love.mp3 | Glen Lewis | 3,818KB | Audio |
| angel58167@KaZaA | Glen Lewis - Don't You Forget It.mp3 | Glenn Lewis | 2,869KB | Audio |
| angel58167@KaZaA | Janet Jackson - Again.mp3 | Janet Jackson | 3,551KB | Audio |
| angel58167@KaZaA | Mariah Carey (1).mp3 | Mariah | | Audio |

Found 681 files | 2,034,591 users online, sharing 386,656,480 files (7,065,728 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|--|
| angel58167@KaZaA | Janet Jackson - Again.mp3 | Janet Jackson | 3,551KB | Audio | |
| angel58167@KaZaA | Maxwell - Fortunate (1).mp3 | Maxwell | 4,147KB | Audio | |
| angel58167@KaZaA | Maxwell - For Lovers Only.mp3 | Maxwell | 3,266KB | Audio | |
| angel58167@KaZaA | pd 17 - I Need A Girl (P. Diddy.mp3 | P.Diddy Feat. Loon | 3,938KB | Audio | I I |
| angel58167@KaZaA | maxwell - Best Man Soundtrack.mp3 | maxwell | 4,251KB | Audio | Be |
| angel58167@KaZaA | Maxwell - This Woman's Work.mp3 | Maxwell | 3,139KB | Audio | |
| angel58167@KaZaA | Mya-Case of the Ex.mp3 | Mya | 4,039KB | Audio | |
| angel58167@KaZaA | 03-Ooohhhwee.mp3 | Master P | 3,990KB | Audio | ooohweee sl |
| angel58167@KaZaA | Maxwell- Lifetime (S3).mpg | MAXWELL | 69,500KB | Video | |
| angel58167@KaZaA | Maxwell-Sweet_Lady.mp3 | Tyrese | 2,000KB | Audio | |
| angel58167@KaZaA | Aaliyah ft DMX - Back In One Piece.mpeg. | DMX Feat. Aaliyah | 35,574KB | Video | Aaliyah ft DMX - |
| angel58167@KaZaA | Mint Condition - What Kind Of Man Would I Be (1) (1).mp3 | Maxwell | 3,900KB | Audio | What Kind |
| angel58167@KaZaA | Maxwell - Whenever Wherever Whatever.mp3 | Maxwell | 4,475KB | Audio | Whenever W |
| angel58167@KaZaA | Love_Basketball Soundtrack- Maxwell-This Woman's Work... | Maxwell | 3,140KB | Audio | L |
| angel58167@KaZaA | Olivia - Bizounce(explicit).mp3 | Olivia | 3,252KB | Audio | |
| angel58167@KaZaA | Lil Bow Wow - Take You Home (1).mp3 | Lil Bow Wow | 3,748KB | Audio | |
| angel58167@KaZaA | Ja Rule_Mya - Between Me And You.mp3 | Ja Rule_Mya | 2,874KB | Audio | Be |
| angel58167@KaZaA | Mya -Fear of Flying-15-No Tears on My Pillow.MP3 | Mya | 3,789KB | Audio | No |
| angel58167@KaZaA | Aaliya - Are You That Somebody (Hip Hop Remix).mp3 | Aaliyah | 4,224KB | Audio | Are You That |
| angel58167@KaZaA | 2-Mya F Jay-Z - Best of Me (Holla Remix Main).mp3 | JAY-Z F/ MYA | 1,608KB | Audio | Mya F _Jay-Z - Best of Me |
| angel58167@KaZaA | Tyrese - Bonus - I Like Them Girls (Remix).MP3 | New Artist (125) | 1,606KB | Audio | I Like |
| angel58167@KaZaA | Tyrese - I Like Them Girls (Album Version) (1).mp3 | Tyrese | 1,862KB | Audio | |
| angel58167@KaZaA | 03-take_ya_home-supermp3s.mp3 | Lil Bow Wow | 3,748KB | Audio | |
| angel58167@KaZaA | Juvenile - Project English - 09 - Mama Got Ass.mp3 | Juvenile | 4,345KB | Audio | She Get |
| angel58167@KaZaA | Genuwine, Twista, Carl Thomas - Is This The End.MP3 | Genuwine | 4,291KB | Audio | |
| angel58167@KaZaA | Céline Dion (From-De FM Radio 2-6-2002) - A New Day has... | Céline Dion | 4,031KB | Audio | A New Da |
| angel58167@KaZaA | Carl Thomas - Emotional - 06 - Giving You All My Love (1)..... | Carl Thomas Feat. Kelly Pr... | 2,481KB | Audio | Givi |
| angel58167@KaZaA | never be the same again - Ghostface, Carl Thomas, Raek... | Ghostface_killah-02-neve... | 4,264KB | Audio | Never I |
| angel58167@KaZaA | Donell Jones - I'll Go (2).mp3 | Donell Jones | 2,632KB | Audio | I'lI |
| angel58167@KaZaA | Zann and Pappa - I wanna be your man mp2 | Lavin 'n' Dadiah-11-Caunh | 2 094KB | Audio | |

Found 681 files | 2,034,591 users online, sharing 386,656,480 files (7,065,728 GB). | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Stop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| angel58167@KaZaA | Donell Jones - I'll Go (2).mp3 | Donell Jones | 2,832KB | Audio |
| angel58167@KaZaA | Zapp and Roger - I wanna be your man.mp3 | Love n' Basketball Soundt... | 3,904KB | Audio |
| angel58167@KaZaA | LOVE AND BASKETBALL - CHAKA KHAN - SWEET THANG.m... | Love n' Basketball Soundt... | 3,066KB | Audio |
| angel58167@KaZaA | Jagged Edge - 07 - I Got It (Featuring Trina) (mp3wma.net... | Jagged Edge(Jagged Littl... | 2,880KB | Audio |
| angel58167@KaZaA | 20-j-lo_feat._nas-im_gonna_be_alright_i.mp3 | J-Lo feat. Nas | 3,906KB | Audio |
| angel58167@KaZaA | Olivia - Bizounce (Dirty Version).mp3 | Olivia | 4,470KB | Audio |
| angel58167@KaZaA | Celine Dion - I Want You To Need Me.mp3 | Celine Dion | 4,323KB | Audio |
| angel58167@KaZaA | Jenna Jameson and Janine (BEST LESBIAN SCENE EVER)... | Warren G | 56,098KB | Video |
| angel58167@KaZaA | Mario feat Biz Markie- Just A Friend new mix.Jamin 94S (1)... | Mario | 3,327KB | Audio |
| angel58167@KaZaA | Nelly - Thicky Thick Girl.mp3 | Nelly | 4,286KB | Audio |
| angel58167@KaZaA | Nelly - Hot In Herre - Nellyville.mp3 | Nelly | 3,741KB | Audio |
| angel58167@KaZaA | Nelly - 05 - Oh Nelly - simplemp3s.mp3 | Nelly | 4,748KB | Audio |
| angel58167@KaZaA | Murda Inc- If You Were My Bitch.mp3 | Ja Rule | 4,212KB | Audio |
| angel58167@KaZaA | 07. Air Force Ones.mp3 | Nelly - Nellyville | 5,939KB | Audio |
| angel58167@KaZaA | All Featuring St. Lunatics_Nelly.mp3 | All(feat.Nelly) | 3,644KB | Audio |
| angel58167@KaZaA | Rap nelly- number one.mp3 | Nelly | 1,943KB | Audio |
| angel58167@KaZaA | Rap Remix - Nelly, Wu Tang Clan, Snoop Dogg, Outkast, Xz... | Nelly | 2,156KB | Audio |
| angel58167@KaZaA | Nelly - 10 - Dilemma Ft Kelly Rowland - simplemp3s.mp3 | Nelly and Kelly Rowland | 5,649KB | Audio |
| angel58167@KaZaA | Ashanti_Charlie Baltimore - I Wanna Be Your Chick.mp3 | Ja Rule, Charlie B_Ash... | 4,733KB | Audio |
| angel58167@KaZaA | 04-amerie-fall_in_love-4hm (1).mp3 | Amerie | 3,748KB | Audio |
| angel58167@KaZaA | BRAND NEW NELLY NELLYVILLE 03 SPLURGE.mp3 | Nelly | 5,120KB | Audio |
| angel58167@KaZaA | Holla Holla remix (feat. ja rule, vita, jay-z, black child, tah... | Murderers | 2,258KB | Audio |
| angel58167@KaZaA | Irv Gotti presents The Inc - We Still Don't Give A Fuck - 06 -... | Irv Gotti Presents... | 2,400KB | Audio |
| angel58167@KaZaA | P Diddy And Bad Boy - 07 - Unfoolish.mp3 | P Diddy And Bad Boy | 1,891KB | Audio |
| angel58167@KaZaA | BRAND NEW NELLY NELLYVILLE 11 PIMP JUICE.mp3 | Nelly | 4,792KB | Audio |
| angel58167@KaZaA | Nsync - Girlfriend (Remix Featuring Nelly).mp3 | Nelly | 4,437KB | Audio |
| angel58167@KaZaA | Nelly - 12 - Work It Ft Justin Timberlake - simplemp3s.mp3 | Nelly | 5,130KB | Audio |
| angel58167@KaZaA | Eve feat Alicia Keys -Gangsta-Love()X2()().mp3 | Eve | 3,715KB | Audio |
| angel58167@KaZaA | 15 - 112 - I Think.mp3 | 112 | 4,052KB | Audio |
| angel58167@KaZaA | Mimi Disk, Cat Your Freak On / Double Take ).MP3 | Missy Elliot | 5,605KB | Audio |

**Right column text (partial):**

I G...
1 Go...
I'm go...
Bizo...
I WM...
Bren...
1 W...
Why Dc
-lolla Holla remix (feat. ja rule, vita
06-The Pledge (Ashanti
Girlfriend (Ren
Work It F
Genst
C a ! !a C a a .