IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

BMG MUSIC, a New York general )
Partnership; MAVERICK RECORDING )
COMPANY, a California joint venture; )
ARTIST A RECORDS LLC, a Deleware )
Limited liability company; and SONY BMG )
MUSIC ENTERTAINMENT, a Deleware )
General partnership, )
)
              Plaintiffs, )     No. 05 CV 4085
)
vs. )
)
JAIME GALINDO, )
)
              Defendant, )

## ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

Now comes, JAIME GALINDO, Respondent, by his attorneys WINSTEIN & KAVENSKY, and for his Answer to Complaint for Copyright Infringement, hereto filed herein, states:

1. Defendant admits the allegations as stated in paragraph one.

2. Defendant admits the allegations as stated in paragraph two.

3. Defendant admits the allegations as stated in paragraph three.

4. Defendant admits the allegations as stated in paragraph four.

5. Defendant admits the allegations as stated in paragraph five.

6. Defendant admits the allegations as stated in paragraph six.

7. Defendant admits the allegations as stated in paragraph seven.

8. Defendant admits the allegations as stated in paragraph eight.

9. Defendant admits the allegations as stated in paragraph nine.

10. Defendant admits the allegations as stated in paragraph ten.

11. Defendant admits the allegations as stated in paragraph eleven.

12. Defendant denies the allegations as stated in paragraph twelve.

13. Defendant admits the allegations as stated in paragraph thirteen.

14. Defendant denies the allegations as stated in paragraph fourteen.

15. Defendant denies the allegations as stated in paragraph fifteen.

16. Defendant denies the allegations as stated in paragraph sixteen.

WHEREFORE, the Defendant prays that the Plaintiff's Complaint for Copyright Infringement hereto filed herein, may be dismissed with prejudice and the costs assessed to the Plaintiff.

IN THE UNITED STATES DISTRICT COURT       )
FOR THE CENTRAL DISTRICT OF ILLINOIS     ) ss.

I, the undersigned, being first duly sworn upon oath depose and state that this Answer is true and correct as I verily believe.

                                        _____
                                        JAIME GALINDO, Defendant


SUBSCRIBED and SWORN to before me on this ___8th___ day of ___September_____, A.D., 2006.

                                        ___/S/_____
                                        ARTHUR R. WINSTEIN,
                                        Attorney for Defendant

WINSTEIN & KAVENSKY
Attorneys for Defendant
400 Rock Island Bank Building
P.O. Box 4298
Rock Island, Illinois  61204-4298
Telephone:  (309)  794-1515
FAX:        (309)  794-1687