E-FILED
Wednesday, 11 July, 2007  05:37:52 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| BMG MUSIC, a New York partnership; MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership;<br><br>            Plaintiffs,<br><br>v.<br><br>JAIME GALINDO<br><br>            Defendant. | ) Case No. 05 C 4085<br>)<br>) Honorable Michael M. Mihm<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs BMG Music, Maverick Recording Company, Arista Records LLC, and Sony BMG Music Entertainment (collectively, the "Plaintiffs"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby move to voluntarily dismiss this action without prejudice, with each party to bear its / his own costs, expenses and attorney fees.

    1.    On October 21, 2005, Plaintiffs filed the Complaint for Copyright Infringement (the "Complaint") against Defendant Jaime Galindo ("Defendant").

    2.    After extensive discussions between Plaintiffs and Defendant, the parties have resolved the dispute with respect to the Complaint, and Defendant has not filed a counter-claim in this action.

    3.    Since that time, Plaintiffs have attempted to contact Defendant's counsel in order to execute a stipulation to dismiss the above-captioned proceeding. As of today's date, Plaintiffs have not received a response to their messages, and Defendant have not otherwise been in contact with Plaintiffs.

4.	As such, Plaintiffs hereby move, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss this action without prejudice.

WHEREFORE, Plaintiffs respectfully request the entry of an order dismissing this action without prejudice, with each party to bear its/her own costs, expenses and attorneys' fees.

Respectfully submitted,

DATED:  July 11, 2007	By:  /s/ Ann E. Pille
	Ann E Pille (ARDC #06283759)

Keith W. Medansky (ARDC #06195673)
Ann E. Pille (ARDC #06283759)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for Plaintiffs